**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: L.M.A., A MINOR | : No. 68 EAL 2015 |
| | : |
| | : |
| PETITION OF:  L.A., BIRTH MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.